Donald Honadle, an Infant, by Fred Honadle, His Guardian ad Litem, Appellant, v. Virgil Stafford, Respondent.— Motion to resettle order denied, without costs. This court is concluded by the remittitur of the Court of Appeals. If there is to be any variance from the present order, the remittitur must be amended but that can only be done by the Court of Appeals. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Charles Levy, Respondent, v. Universal Credit Company, Appellant.— Motion to amend order denied, without costs. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Julia F. Parsons, as Executrix, etc., of Arthur E. Parsons, Deceased, and Individually, Respondent, Appellant, v. First Trust and Deposit Company, as Executor, etc., of Alexander T. Brown, Deceased, and Others, Appellants, Respondents.— Motion for reargument denied, with ten dollars costs. Motion to amend order of affirmance so as to provide for modification of judgment and findings granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [See ante, p. 681.]

Julia F. Parsons, as Executrix, etc., of Arthur E. Parsons, Deceased, and Individually, Respondent, Appellant, v. First Trust and Deposit Company, as Executor, etc., of Willard C. Lipe, Deceased, and Another, Appellants, Respondents.— Motion for reargument denied, with ten dollars costs. Motion to amend order of affirmance so as to provide for modification of judgment and findings granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [See ante, p. 681.]

Frederick A. Mann, Appellant, v. Walter Major, Individually and as Superintendent of Highways of the Town of Irondequoit, Monroe County, New York, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Application for certificate that constitutional question is involved denied, without costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

John G. Sattler, Incorporated, Respondent, v. George W. Walters and Others, Individually, and as Executors of the Estate of John P. Rupp, Deceased, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of Carl Harvey, Respondent, for a Peremptory Order of Mandamus against Thomas E. Broderick and Others, as the Town Board of the Town of Irondequoit, etc., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

William Chernoff, Respondent, v. Rochester News Corporation, Appellant.— Motion for reargument denied, with ten dollars costs; motion to amend judgment so as to provide that costs shall abide the event granted. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ. [See ante, p. 674.]

George D. Newton, as Committee of the Person and Estate of Michael P. Buckley, an Incompetent Person, Appellant, v. Citizens Bank of Dansville, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.